

**FILED**
NOV - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Covad Communications Company ) <br> 110 Rio Robles ) <br> San Jose, California 95132-1813 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Revonet, Inc. ) <br> 125 Elm Street ) <br> New Canaan, Connecticut 06840 ) <br> ) <br> Defendant. ) | Case No. _____ <br><br> CASE NUMBER 1:06CV01892 <br><br> JUDGE: Colleen Kollar-Kotelly <br><br> DECK TYPE: Contract <br><br> DATE STAMP: 11/6/2006 |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that, as of this date, Covad Communications Company is a wholly-owned subsidiary of Covad Communications Group, Inc., which is a publicly-held company. There is no other publicly held corporation or other publicly-held entity that owns 10% or more of the stock of Covad Communications Group, Inc.

## CERTIFICATE REQUIRED BY LCv 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Covad Communications Company, certify that to the best of my knowledge and belief the following are parent companies, subsidiaries or affiliates of Covad Communications Company which have any outstanding securities in the hands of the public.

Covad Communications Group, Inc.

2

These representations are made in order that judges of this court may determine the need for recusal.

                                          Respectfully submitted,

                                          */s/ John A. Burlingame*

                                        John A. Burlingame (DC Bar #455876)
                                        Attorney of Record For Covad Communications Company
                                        *jburlingame@ssd.com*
                                        SQUIRE, SANDERS & DEMPSEY L.L.P.
                                        1201 Pennsylvania Avenue, NW
                                        Suite 500
                                        Washington, DC 20004
                                        (202) 626.6600