IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>　　　Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>　　　Defendant | Case No:　　1:06-CV-01892-CKK |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant, Revonet, Inc. ("Revonet"), with Plaintiff's consent, with this Consent Motion to Extend Time to File a Response to Plaintiff's Complaint and in support thereof, and states as follows:

　　1.　　Plaintiff, Covad Communications Company ("Covad"), filed its Complaint on November 4, 2006 seeking damages in excess of $8,000,000.00 for claims of (1) Breach of Contract, (2) Misappropriation of Trade Secrets, (3) Breach of the Covenant of Good Faith and Fair Dealing, (4) Breach of Fiduciary Duty, and (5) Conversion.

　　2.　　Revonet, a corporation located in Connecticut, was served with Plaintiff's Complaint on November 14, 2006.  Revonet's Answer is currently due December 4, 2006.

　　3.　　Defendant has retained counsel and seeks an extension of time until January 3, 2007 so that its newly retained counsel can research and analyze Plaintiff's claims prior to filing its responsive pleadings.

- 2 -

4. Plaintiff does not oppose a 20 day extension. Plaintiff's counsel is seeking authorization from his client for a 30 day extension; however, as of the time of this filing, Plaintiff's counsel was unable to reach his client.

WHEREFORE, Defendant Revonet, Inc. respectfully requests this Court to enter an Order extending the time for responding to Plaintiff's Complaint to January 3, 2007, and for such further relief this Court deems appropriate.

Respectfully submitted,

_____//s//_____
Andrew J. Terrell (431362)
Jennifer S. Jackman (466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800

Attorney for Defendant,
*Revonet, Inc*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(d), service of the pleading was made through electronic filing of the pleading.

_____//s//_____
Jennifer S. Jackman

*194880*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>    Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>    Defendant | Case No:    1:06-CV-01892-CKK |

## **ORDER**

THIS MATTER having come before the Court on Defendant Revonet's Consent Motion to Extend Time to File Response to Plaintiff's Complaint, it is hereby

ORDERED, that the Defendant's Motion is hereby GRANTED; and it is further

ORDERED that this Defendant has until January 3, 2007 to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
Judge Colleen Kollar-Kotelly

- 2 -

COPIES TO:

Andrew J. Terrell, Esq.
Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036

John A. Burlingame, Esq.
SQUIRE, SANDERS & DEMPSEY, LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20005

*194854*