IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>　　Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>　　Defendant | Case No:　　1:06-CV-01892-CKK |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Andrew J. Terrell of the law firm of Whiteford, Taylor & Preston LLP as additional counsel for the defendant, Revonet, Inc.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　　　Andrew J. Terrell (431362)
　　　　　　　　　　　　　　　　　Jennifer S. Jackman (466922)
　　　　　　　　　　　　　　　　　Whiteford, Taylor & Preston L.L.P.
　　　　　　　　　　　　　　　　　1025 Connecticut Avenue, NW, #400
　　　　　　　　　　　　　　　　　Washington, DC  20036-5405
　　　　　　　　　　　　　　　　　(202) 659-6800

　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　*Revonet, Inc*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(d), service of the foregoing pleading was made electronically through Court's CM/ECF system:

　　　　　　　　　　　　　　　　　_____//s//_____
　　　　　　　　　　　　　　　　　Andrew J. Terrell

- 2 -

Case 1:06-cv-01892-CKK-JMF    Document 4    Filed 12/05/2006    Page 2 of 2