IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REVONET, INC.<br><br>　　　　　Defendant. | Civil Court Action No.: 1:06cv01892<br>(Hon. Colleen Kollar-Kotelly) |

**BRIEF STATEMENT OF THE CASE AND STATUTORY BASIS FOR ALL CAUSES OF ACTION PURSUANT TO THE COURT'S JANUARY 8, 2007 ORDER**

Plaintiff Covad Communications Company ("Covad") hereby submits the following "Statement Of The Case And Statutory Basis For All Causes of Action" pursuant to the Court's January 8, 2007 Initial Conference Scheduling Order:

**Brief Statement of The Case**

This is an action by Covad against Revonet, Inc. ("Revonet") resulting from Revonet's misappropriation of Covad's proprietary, confidential and trade secret information. Covad contracted to use Revonet's sales information, products and services as part of Covad's extensive marketing efforts to identify businesses suitable for Covad's Voice over Internet Protocol ("VoIP") services. Given the nature of Revonet's services, Covad authorized Revonet to access Covad's proprietary, confidential and trade secret customer lead information, but only after Revonet executed a confidentiality agreement promising to safeguard Covad's information.

Without Covad's knowledge or consent, and in violation of its confidentiality agreement, Revonet launched a full scale effort to take for itself Covad's commercially valuable customer lead information and enhance Revonet's own database of potential customers. Revonet then sold

this information to its other customers, including Covad's direct competitors XO Communications and CallTower, Inc.

Revonet's actions were calculated to deprive Covad of the fruits of its substantial investment in developing valuable customer lead information to achieve success in the highly competitive VoIP market.  Covad's complaint seeks to remedy Revonet's unauthorized use and disclosure of Covad's proprietary, confidential and trade secret information, as well as Revonet's abuse of the trust and confidence that Covad placed in Revonet to safeguard Covad's valuable information.

**Statutory Basis For All Causes Of Action**

Covad asserts five causes of action in its Complaint against Revonet:  (1) breach of contract, (2) misappropriation of trade secrets, (3) breach of the covenant of good faith and fair dealing, (4) breach of fiduciary duty, and (5) conversion.  The statutory basis for Covad's trade secret cause of action is California's Uniform Trade Secret Act, Cal. Civ. Code § 3426 *et. seq*.  Covad's remaining causes of action are based on common law.

Respectfully submitted,

Dated:   February 2, 2007          SQUIRE, SANDERS & DEMPSEY L.L.P.


By:　　　　　　/s/
John A. Burlingame (DC Bar #455876)
*jburlingame@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Avenue, NW
Suite 500
Washington, DC  20004
(202) 626.6600

PALOALTO/102940.1