IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>　　　Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>　　　Defendant | Civil Court Action No: 1:06cv01892 |

**REVONET'S STATEMENT OF THE CASE AND
STATUTORY BASIS FOR DEFENSES**

COMES NOW Revonet, Inc., ("Revonet") through undersigned counsel and Whiteford, Taylor & Preston, pursuant to this Court's January 8, 2007 Order, with its Statement of the Case and Statutory Basis for Defenses, and in support thereof, states as follows:

**I.   Brief Statement of The Case**

This case arises out of a contract between Revonet and Covad Communications, Inc. ("Covad") whereby Revonet performed sales lead generation services for Covad pursuant to an Agreement for Services and Mutual Confidentiality and Data Use Agreement. Covad brought this action against Revonet alleging that Revonet misappropriated Covad's proprietary, confidential and trade secret information. Revonet denies each and every one of Covad's claims and avers that any actions taken by Revonet were expressly authorized by the Agreement for Services and Mutual Confidentiality and Data Use Agreement entered into by and between Covad and Revonet.

**II.     Statutory Basis For Defenses**

Defendant denies that Plaintiff has a viable cause of action under the California Uniform Trade Secret Act, Cal. Civ. Code §3426 *et seq*. To the extent that statute applies, Defendant relies upon the statute and the definitions contained therein in defense of that claim. Defendant's remaining defenses are based upon common law and include, *inter alia*, the doctrine of setoff and doctrine of accord and satisfaction. Defendant reserves the right to assert additional defenses as its investigation and discovery warrant.

                          Respectfully submitted,

                          //s//
                          Andrew J. Terrell (#431362)
                          Jennifer S. Jackman (#466922)
                          Whiteford, Taylor & Preston L.L.P.
                          1025 Connecticut Avenue, NW
                          Washington, DC  20036-5405
                          (202) 659-6800

                          Attorney for Defendant,
                          REVONET, INC.

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(d), service of the foregoing pleading was made electronically through Court's CM/ECF system:

                          //s//
                          Jennifer S. Jackman

*197116*