IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>　　Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>　　Defendant | Civil Court Action No: 1:06cv01892 |

## STATUS REPORT AS TO DISCOVERY PLAN

Plaintiff Covad Communications Company ("Covad") and Defendant Revonet, Inc. ("Revonet") hereby submit the following Status Report as to Discovery Plan pursuant to the Court's February 5, 2007 Scheduling and Procedures Order.

The parties have conferred through counsel regarding the course of discovery and agree to endeavor to meet the following schedule for discovery, with the understanding that the availability of witnesses as well as other unforeseen circumstances may require flexibility in scheduling and dates.

I.　　Protective Order

In view of the confidential nature of the information that the parties will produce in this litigation, the parties have agreed that a protective order that safeguards the confidentiality of such materials is appropriate. Plaintiff will submit a draft Protective Order to Defendant by March 30, 2007 and then the parties will meet and confer over the terms of the draft order. The parties will endeavor to submit a final Protective Order for the Court's approval no later than April 13, 2007.

.

II     Written Discovery

The parties will endeavor to propound initial written discovery requests no later than April 27, 2007. The parties anticipate, however, that after the parties' respective document production(s) and/or depositions, additional written discovery may be propounded. The parties agree that any additional requests should be propounded no later than November 1, 2007. In propounding this written discovery, the parties will adhere to the written discovery limitations set forth in the Court's Scheduling and Procedures Order dated February 5, 2007.

III.    Depositions

The parties anticipate taking several party, non-party and expert depositions consistent with the limitations in the Court's Scheduling and Procedures Order. In order to maximize efficiency, the parties will aim to secure document production from the opposing party before proceeding with depositions. To give the parties ample time to propound written discovery and secure documents, the parties will endeavor to schedule the initial fact witness depositions no later than the last two weeks of July and the first two weeks of August 2007. The parties also anticipate that additional (or follow up) fact depositions will be taken during the last two weeks of September 2007. Consistent with the Court's order that expert reports are due on or before January 18, 2008, the parties will attempt to schedule expert depositions during the last two weeks of January 2008 and the first two weeks of February 2008.

>   SQUIRES, SANDERS & DEMPSEY, LLP
>
>   By _____//s//_____
>   John A. Burlingame (#455876)
>   1201 Pennsylvania Avenue, N.W.
>   Suite 500
>   Washington, DC  20004
>   (202) 626-6600

*Counsel for Plaintiff*

WHITEFORD, TAYLOR & PRESTON, LLP
By: _____//s//_____
Andrew J. Terrell (#431362)
Jennifer S. Jackman (#466922)
1025 Connecticut Avenue, N.W.
Suite 400
Washington, DC  20036
(202) 659-6800
*Counsel for Defendant*

*198552*