UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>REVONET, INC.<br><br>Defendant. | Case No.  1:06cv01892<br>(Hon. Colleen Kollar-Kotelly) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk of the Court shall kindly note the appearance of the Nicholas M. Beizer, of Squire, Sanders & Dempsey L.L.P., in the above-captioned matter as additional counsel on behalf of Plaintiff Covad Communications Company.

Dated:   October 22, 2007              By:            /s/
                                                    Nicholas M. Beizer (DC Bar #485894)
                                                    *nbeizer@ssd.com*
                                                    SQUIRE, SANDERS & DEMPSEY L.L.P.
                                                    1201 Pennsylvania Avenue, NW
                                                    Suite 500
                                                    Washington, DC 20004
                                                    (202) 626-6600

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record, pursuant to LCvR 5.4(d)(2), via the Court's CM/ECF system.

/s/
Nicholas M. Beizer