**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>            Plaintiff,<br><br>vs.<br><br>REVONET, INC.<br><br>            Defendant. | Case No.  1:06cv01892<br>(Hon. Colleen Kollar-Kotelly) |

**NOTICE OF WITHDRAWAL AS COUNSEL
FOR COVAD COMMUNICATIONS COMPANY**

PLEASE TAKE NOTICE that attorney Nicholas M. Beizer (D.C. Bar No. 485894) hereby withdraws as counsel of record for Covad Communications Company ("Covad") in the above-captioned matter.

Covad remains represented by John A. Burlingame, Esq. of Squire, Sanders & Dempsey L.L.P.

February 27, 2008            Respectfully submitted,

                             WITHDRAWING COUNSEL


                             /s/ Nicholas M. Beizer
                             Nicholas M. Beizer (Bar No. 485894)
                             SQUIRE, SANDERS & DEMPSEY, LLP
                             1201 Pennsylvania Avenue, NW
                             Washington, DC 20004-2401
                             (202) 626-6600
                             (202) 626-6780 (fax)
                             nbeizer@ssd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2008, a copy of the foregoing Notice of Withdrawal as Counsel for Covad Communications Company was served on all counsel of record, pursuant to LCvR 5.4(d)(2), via the Court's CM/ECF system.

                                                  /s/ Nicholas M. Beizer
                                                  Nicholas M. Beizer