UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>REVONET, INC.,<br><br>    Defendant. | Civil Action No. 06–1892 (CKK) |

**ORDER**
(April 28, 2008)

The Court has reviewed the parties' briefs in connection with Defendant Revonet, Inc.'s ("Revonet") [15] Motion for Judgment on the Pleadings Pursuant to Rule 12(c), and identified certain ambiguities between Plaintiff Covad Communications Company's ("Covad") Complaint and Covad's Opposition to Revonet's Motion for Judgment on the Pleadings. Accordingly, it is this 28th day of April, 2008, hereby

**ORDERED** that, on or before May 12, 2008, Covad shall file a Notice with the Court that provides answers to the following specific questions:

1. Does Covad assert that the "Customer Lead Information" (defined in Covad's Opposition as "proprietary, confidential, and trade secret customer lead information") is distinguishable from "Client Information provided by [Covad] consisting solely of customer lists, transaction data and related information," as that phrase is used in Paragraph 2 of the Mutual Confidentiality and Data Use Agreement?

    a. If so, how does Covad assert the two are distinguished?

      b.    If so, where in Covad's Complaint is such an assertion made?

2. Does Covad allege that Revonet incorporated and used Covad's Client Lead Information in Revonet's Federated Database other than "in an aggregate manner, [that] does not contain personally identifiable information and [does not identify Covad] as the source of such data." *See* Mut. Conf. & Data Use Agr. ¶ 2.

      a.    If so, how does Covad allege Revonet violated these requirements?

      b.    If so, where in Covad's Complaint is such an allegation made?

It is further

**ORDERED** that Covad shall ONLY provide answers to the Court's specific questions, and shall not view the Court's inquiry as an opportunity to reargue issues addressed in Covad's Opposition or to raise arguments not included in that Opposition.

**SO ORDERED.**

 

                                                         /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge