UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>REVONET, INC.,<br><br>    Defendant. | Civil Action No. 06–1892 (CKK) |

**ORDER**
(May 20, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 20th day of May, 2008, hereby

**ORDERED** that Revonet's [15] Motion for Judgment on the Pleadings Pursuant to Rule 12(c) is DENIED; it is further

**ORDERED** that a Status Conference shall be held in this matter, one day earlier than scheduled, at 9:00 a.m. on Thursday, May 29, 2008, at which the Court shall discuss resetting the schedule for discovery in this matter; it is further

**ORDERED** that, on or before May 27, 2008, the parties shall submit a Joint Discovery Plan setting forth how they propose to proceed with the remaining discovery in this matter.

**SO ORDERED.**

                                                        /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge