UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>    Plaintiff,<br><br>vs.<br><br>REVONET, INC.<br><br>    Defendant. | Case No. 1:06cv01892<br>(Hon. Colleen Kollar-Kotelly) |

**NOTICE OF ENTRY OF APPEARANCE**

  Pursuant to LCvR 83.6(a), the Clerk of the Court shall kindly note the appearance of Kevin M. Blair, of Squire, Sanders & Dempsey L.L.P., in the above-captioned matter as additional counsel on behalf of Plaintiff Covad Communications Company.

Dated: May 23, 2008    By: /s/ Kevin M. Blair
                 Kevin M. Blair (DC Bar #493299)
                 *kblair@ssd.com*
                 SQUIRE, SANDERS & DEMPSEY L.L.P.
                 1201 Pennsylvania Avenue, NW
                 Suite 500
                 Washington, DC 20004
                 (202) 626-6600

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record, pursuant to LCvR 5.4(d)(2), via the Court's CM/ECF system.

/s/ Kevin M. Blair
Kevin M. Blair