UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>   Plaintiff,<br><br>vs.<br><br>REVONET, INC.<br><br>   Defendant. | Case No.  1:06cv01892<br>(Hon. Colleen Kollar-Kotelly) |

## STATUS REPORT AS TO DISCOVERY PLAN

  Plaintiff Covad Communications Company ("Covad") and Defendant Revonet, Inc. ("Revonet") hereby submit the following Status Report as to Discovery Plan regarding fact discovery pursuant to the Court's May 29, 2008 Order.  The parties have conferred through counsel regarding the course of discovery and agree to endeavor to meet the following schedule for fact discovery, with the understanding that the availability of witnesses as well as other unforeseen circumstances may require flexibility in scheduling and dates.

  The parties anticipate taking several party and non-party fact witness depositions.  In order to maximize efficiency, the parties will aim to complete the production of documents before proceeding with depositions.  The parties will endeavor to schedule the initial fact witness depositions no later than August 29, 2008.  The parties also agree that if additional written discovery is necessary after the initial fact witness depositions, the parties will propound any additional requests no later than September 15, 2008.  Finally, if necessary, the parties will

endeavor to schedule additional (or follow up) fact witness depositions no later than November 12, 2008.

Dated:   June 11, 2008            By:   /s/  Kevin M. Blair
                                                   John A. Burlingame (DC Bar #455876)
                                                   Kevin M. Blair (DC Bar #493299)
                                                   SQUIRE, SANDERS & DEMPSEY L.L.P.
                                                   1201 Pennsylvania Avenue, NW
                                                   Suite 500
                                                   Washington, DC 20004
                                                   (202) 626-6600

*Counsel for Plaintiff*

WHITEFORD, TAYLOR & PRESTON, LLP

By: _____//s//_____

    Andrew J. Terrell (#431362)
    Jennifer S. Jackman (#466922)
    1025 Connecticut Avenue, N.W.
    Suite 400
    Washington, DC  20036
    (202) 659-6800

*Counsel for Defendant*