IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY<br><br>     Plaintiff<br><br>v.<br><br>REVONET, INC.<br><br>     Defendant | Civil Court Action No: 1:06cv01892 |

### REVISED STATUS REPORT AS TO DISCOVERY PLAN

Plaintiff Covad Communications Company ("Covad") and Defendant Revonet, Inc. ("Revonet") hereby submit the following Revised Status as to Discovery Plan pursuant to the Court's June 12, 2008 Order. The parties have conferred through counsel regarding the course of discovery and agree to endeavor to meet the following schedule for fact discovery, with the understanding that the availability of witnesses as well as other unforeseen circumstances may require flexibility in scheduling and dates.

Prior to the stay in this case, the parties engaged in written discovery. With regard to the written discovery that has already occurred, the parties are now reviewing the prior discovery responses and previously identified issues. Each side will identify deficiencies with the opposing party's responses by July 8, 2008. The parties agree to work together in good faith to confer and resolve discovery disputes and to supplement, if necessary, the prior discovery responses by August 1, 2008. If resolution cannot be reached on certain issues, the parties will follow the process for resolving such disputes as set forth in the Court's February 5, 2007 Scheduling and Procedures Order.

The parties anticipate taking several party and non-party fact witness depositions. Covad

intends to take the depositions of Scott Howard, Alan Hurwitz, the Rule 30(b)(6) deposition of Revonet, and certain former Revonet employees, including at least Brian Thomas and Chad Zortman. Revonet intends to take the depositions of Jessica Saini, Charles Hoffman, Andy Lockwood, Kevin O'Brien, David McMorrow, Debbie Jo Severin and the Rule 30(b)(6) deposition of Covad. Revonet believes that some of the aforementioned deponents are not current Covad employees. Covad will identify which deponents are no longer employed by Covad and will produce the deponents to the extent possible. In the event that Covad cannot secure former employees for deposition, Covad will provide Revonet with the last known contact information so that Revonet can issue subpoena(s). Subject to the availability of deponents, the parties have agreed to schedule initial fact depositions from the lists above and to complete those depositions by September 12, 2008.

The parties agree that to the extent that any additional written discovery is appropriate, requests shall be served no later than September 30, 2008.

The parties agree that to the extent that additional fact witness depositions are necessary, they shall be scheduled to occur no later than November 21, 2008.

SQUIRES, SANDERS & DEMPSEY, LLP


By _____//s//_____
John A. Burlingame (#455876)
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC  20004
(202) 626-6600
*Counsel for Plaintiff*

                                       WHITEFORD, TAYLOR & PRESTON, LLP

                          By: _____//s//_____
                                  Andrew J. Terrell (#431362)
                                  Jennifer S. Jackman (#466922)
                                  1025 Connecticut Avenue, N.W.
                                  Suite 400
                                  Washington, DC  20036
                                  (202) 659-6800
                                  *Counsel for Defendant*

June 18, 2008

220102