IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COVAD COMMUNICATIONS COMPANY,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**REVONET, INC.**<br><br>　　　　　Defendants. | Civil Action No. **06-1892** (CKK)<br><br>**Motions to Amend or Join: July 18, 2008**<br><br>**NOTICE OF SUBSTITION OF COUNSEL** |

**PLEASE TAKE NOTICE** that Klein Law Group, PLLC and Michael D. McNeely are hereby substituted as counsel of record for Plaintiff, Covad Communications Company, in the above-captioned matter in place and stead of Squire, Sanders & Dempsey L.L.P.

　　　　　　　　　　　　　　　　　　　　　　**OUTGOING COUNSEL**

Dated: July 14, 2008　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　John A. Burlingame
　　　　　　　　　　　　　　　　　　　　　　Squire, Sanders & Dempsey L.L.P.
　　　　　　　　　　　　　　　　　　　　　　1201 Pennsylvania Avenue
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　(202) 626-6600

　　　　　　　　　　　　　　　　　　　　　　**CLIENT**

Dated: July 14, 2008　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Masanori Hayashi
　　　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　　　Covad Communications Company
　　　　　　　　　　　　　　　　　　　　　　110 Rio Robles
　　　　　　　　　　　　　　　　　　　　　　San Jose, CA 95314

**INCOMING COUNSEL**

Dated: July 14, 2008                                /s/
                                                            Andrew M. Klein
                                                            Klein Law Group, PLLC
                                                            601 13th Street NW
                                                            Suite 1000 South
                                                            Washington, DC 20005
                                                            Tel.  202-289-6955
                                                            Fax: 202-289-6997
                                                            AKlein@KleinLawPLLC.com


Dated: July 14, 2008                                /s/
                                                            Michael D. McNeely
                                                            Law Offices of Michael D. McNeely
                                                            2748 Stephenson Ln., NW
                                                            Washington, DC 20015
                                                            (202) 966.0428
                                                            mcneelylaw@mac.com