AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Covad Communications Company

      Plaintiff(s)     )   **APPEARANCE**

      vs.     )   CASE NUMBER   06cv1892 (CKK)

Revonet, Inc.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael D. McNeely   as counsel in this
                          (Attorney's Name)

case for:   Covad Communications Company
              (Name of party or parties)

July 14, 1998
Date

*(signature)*
Signature

943597
BAR IDENTIFICATION

Michael D. McNeely
Print Name

2748 Stephenson Ln., NW
Address

Washington, DC 20015
City    State    Zip Code

202.966.0428
Phone Number