## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COVAD COMMUNICATIONS COMPANY,**<br><br>              Plaintiff,<br>v.<br><br>**REVONET, INC.**<br><br>              Defendant. | Civil Action No. **06-1892** (CKK)<br><br>**Motions to Amend or Join: July 18, 2008**<br><br><u>MOTION FOR EXTENSION OF TIME</u> |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO MOVE
### TO AMEND THE COMPLAINT OR JOIN ADDITIONAL PARTIES

Plaintiff, Covad Communications Company, respectfully moves that the Court extend by two weeks the time within which to amend the complaint or join additional parties, to August 1, 2008, to accommodate the time required for Plaintiff's new counsel to become familiar with this matter. To facilitate the timely resolution of this Motion, Plaintiff further requests that Defendants be directed to serve and file any response to this Motion on or before close-of-business on July 17, 2008.

Plaintiff relies on the accompanying Points and Authorities in Support of Motion for Extension of Time Within Which to Move to Amend the Complaint or Join Additional Parties as the basis for this Motion.

Respectfully submitted,

_____/s/_____
Michael D. McNeely (D.D.C. Bar No. 943597)
mcneelylaw@mac.com
Law Offices of Michael D. McNeely
2748 Stephenson Ln., NW
Washington, DC 20015
(202) 966.0428

Andrew M. Klein (D.C. Bar No. 479417; District Court admission applied for)
AKlein@KleinLawPLLC.com
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005
(202) 289.6955

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COVAD COMMUNICATIONS COMPANY,**<br><br>         Plaintiff,<br>   v.<br><br>**REVONET, INC.**<br><br>         Defendant. | Civil Action No. **06-1892** (CKK)<br><br>**Motions to Amend or Join: July 18, 2008**<br><br>**POINTS AND AUTHORITIES IN<br>SUPPORT OF MOTION FOR<br>EXTENSION OF TIME** |

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO MOVE TO
AMEND THE COMPLAINT AND/OR JOIN ADDITIONAL PARTIES**

Plaintiff, Covad Communications Company, respectfully submits this memorandum of points and authorities in support of its motion to extend by two weeks, to August 1, 2008, the time within to move to amend the complaint and/or join additional parties. Plaintiff is mindful of the Court's instruction that extensions are disfavored, and only seeks this extension due to the recent retention of new counsel for this litigation. Plaintiff believe that, for the reasons set forth below, this situation constitutes an exceptional circumstance that justifies the modest extension requested. *Scheduling and Procedures Order*, May 29, 2008. In accordance with LCvR 7(m), the undersigned have conferred with Defendant's counsel, who indicate that they oppose the requested extension.

**A. Previous Extensions**

The Court has granted no previous extensions of time to Plaintiff. The Court has granted to Defendant one previous extension, extending to January 3, 2007 Defendant's time to respond to the Complaint. *Minute Entry Order*, Dec. 4, 2006. On November 20, 2007, the Court also

granted Defendant's Emergency Motion to Stay Discovery pending resolution of Defendant's Motion for Judgment on the Pleadings. *Order*, Nov. 20, 2007.

On February 25, 2008, the Status Conference was continued from February 28, 2008 to May 30, 2008 (a date subsequently changed to May 29, 2008) in light of Defendant's Motion for Judgment on the Pleadings. *Minute Entry Order*, Feb. 25, 2008.  Finally, after denial of the Motion for Judgment on the Pleadings, the Court's May 29, 2008 Scheduling and Procedures Order extended a number of deadlines set in original Scheduling Order. *Scheduling and Procedures Order*, May 29, 2008.  Based on the dates set for completion of discovery, these extensions have pushed out the schedule for this litigation for approximately nine months. *Compare* Scheduling and Procedures Order, May 29, 2008, *with* Scheduling Order, Feb. 5, 2007.

**B.  Grounds for the Motion**

This litigation results from Defendant Revonet's misappropriation of Plaintiff's proprietary, confidential and trade secret information while purporting to perform under a contract with Plaintiff for the use of Defendant's sales information, products, and services. Complaint ¶ 1.  Regrettably, this case has already been delayed for more than nine months as a result of Defendants' impermissible filing of a Motion for Judgment on the Pleadings.  (*See Order*, Nov. 20, 2007, at 2, finding that counsel for Defendant had "expressly disregarded the Court's instruction not to file dispositive motions prior to the completion of discovery.")  As a result of this unfortunate delay, little discovery has occurred in this case.

Plaintiff seeks to avoid any additional delay in the resolution of its Complaint, and requests this extension, that will add at most two weeks to the schedule, due solely to the substitution of counsel.  On July 3, 2008, Plaintiff retained the undersigned counsel to replace previous counsel in conducting this litigation.  Plaintiff's current counsel, therefore, has been

2

involved in this matter for just over one full week. This limited amount of time has been spent receiving information and documents from previous counsel, reviewing the record of the case, and conducting an initial analysis of information regarding the claims and possible defenses in the case.

Based on the review and analysis thus far, it is advisable to consider amendment of the complaint and/or joinder of additional parties. The inquiry and analysis necessary to determine the advisability and scope of these potential changes could not be completed in the limited time available under the current schedule. This problem is further exacerbated by the fact that one individual with significant involvement in and knowledge of the interaction between Plaintiff and Defendant is no longer in the Plaintiff's employ. Plaintiff therefore requires additional time to evaluate and deliberate the amendment and joinder issues.

**C.  Effect on Other Deadlines**

The minimal extension that Plaintiff seeks will not unduly affect subsequent deadlines, and may not affect them at all.

**D.  Impact on Dispositive Motion Deadlines**

This motion does not relate to a deadline for the filing of a dispositive motion.

**E.  Position of Opposing Counsel**

In accordance with LCvR 7(m), the undersigned have conferred with Defendant's counsel, who indicate that they oppose the requested extension.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant its Motion For Extension of Time Within Which to Move to Amend the Complaint or Join Additional Parties.

Respectfully submitted,

_____/s/_____
Michael D. McNeely (D.D.C. Bar No. 943597)
mcneelylaw@mac.com
Law Offices of Michael D. McNeely
2748 Stephenson Ln., NW
Washington, DC 20015
(202) 966.0428

Andrew M. Klein (D.C. Bar No. 479417; District Court admission applied for)
AKlein@KleinLawPLLC.com
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005
(202) 289.6955

4

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COVAD COMMUNICATIONS COMPANY** | ; : : | |
| Plaintiff | : : | |
| v. | : : : | Civil Action No. **06cv 1892** (CKK) |
| **REVONET, INC.** | : : : | |
| Defendant | : : | |

**[PROPOSED] ORDER**
(July --, 2008)

For good cause shown, it is this __th day of July, 2008, hereby

**ORDERED** that the time within which Motions to Amend pleadings and/or to join additional parties is extended to August 1, 2008, with Oppositions due on or before 10 days after the filing of any such Motion to Amend, and Replies, if any, due on or before 5 days after the filing of any such Opposition.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge