IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>REVONET, INC.<br><br>　　　　　　Defendant. | Civil Action No. **06-1892** (CKK)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Covad Communications Company.

I certify that I am admitted to practice in this court.

Dated: August 19, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ Andrew M. Klein
　　　　　　　　　　　　　　　　　　　　　Andrew M. Klein (Bar No. 479417)
　　　　　　　　　　　　　　　　　　　　　Klein Law Group ᴾᴸᴸᶜ
　　　　　　　　　　　　　　　　　　　　　601 13th Street NW
　　　　　　　　　　　　　　　　　　　　　Suite 1000 South
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Tel. 202-289-6955
　　　　　　　　　　　　　　　　　　　　　Fax: 202-289-6997
　　　　　　　　　　　　　　　　　　　　　AKlein@KleinLawPLLC.com