UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY,<br>    Plaintiff,<br><br>    v.<br><br>REVONET, INC.,<br><br>    Defendant. | Civil Action No. 06–1892 (CKK) |

**ORDER**
(August 25, 2008)

The above-captioned case has been referred to Magistrate Judge John M. Facciola for the disposition of all pending and future discovery-related motions pursuant to LCvR 72.2(a). The Clerk's Office is hereby requested to issue a Form 299 concerning the referral.

Accordingly, it is this 25th day of August, 2008,

**SO ORDERED**.

                                                    */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge