REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: M

| CAUSE OF ACTION: | 28:1332 Diversity-Breach of Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>06cv1892 | DATE REFERRED:<br>August 29, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>all pending discovery related motions | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>John Facciola |
| PLAINTIFF(S):<br>CONVAD COMMUNICATIONS CO. | | DEFENDANT(S):<br>REVONET, INC. | | |
| ENTRIES: | | | | |