UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVAD COMMUNICATIONS COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>REVONET, INC.,<br><br>             Defendant. | Civil Action No. 06-01892 (CKK/JMF)<br><br>(Hon. Colleen Kollar-Kotelly/<br> Hon. John M. Facciola)<br><br>HEARING REQUESTED<br><br>Next Scheduled Event:<br> Fact Discovery Closes November 26, 2008 |

MOTION OF PLAINTIFF COVAD COMMUNICATIONS COMPANY TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 37, Plaintiff Covad Communications Company ("Covad") moves this Court for an Order compelling Defendant Revonet, Inc. ("Revonet") to fully respond to Covad's First Set of Requests for Production of Documents in compliance with the requirements of the Federal Rules of Civil Procedure, including without limitation Rules 26 and 34.

As fully explained in the accompanying Memorandum of Points and Authorities, Covad so moves the Court on the grounds that Revonet has, *inter alia*, failed to serve Plaintiff with all information and documents responsive to Plaintiff's First Set of Requests for Production of Documents and has refused to produce such information and documents in the form in which it is ordinarily maintained or in a reasonably usable form as required by Fed. R. Civ. P. 34. Covad also respectfully requests that the Court award it reasonable costs and attorneys' fees incurred by Covad in preparing this motion and pursuing this relief.

Pursuant to L.C.v.R. 7(f), Covad requests an oral hearing on this motion, and is available for such hearing at the Court's earliest convenience.

Pursuant to Fed. R. Civ. P. 37(a)(1) and L.C.v.R. 7(m), the undersigned hereby certifies that counsel for Covad has discussed the subject of this motion with opposing counsel via telephone in a good-faith effort to resolve the issues addressed herein.  Additional efforts to reach opposing counsel via email, telephone and facsimile since September 9, 2008, have been unsuccessful.  The parties have not been able to reach agreement regarding Revonet's fulfillment of its discovery obligations.  Given Revonet's stated position, Revonet will oppose this motion.

WHEREFORE, Plaintiff Covad Communications Company respectfully requests that the Court order Defendant Revonet, Inc. to fully respond to Covad's First Set of Requests for Production of Documents in compliance with the requirements of the Federal Rules of Civil Procedure, within ten (10) days of said order, and to order Revonet to reimburse Covad for the costs and attorneys' fees Covad has incurred in preparing this motion and pursuing this relief.

Dated: September 12, 2008

                                                Respectfully submitted,

                                                           /s/
                                              Andrew M. Klein (Bar No. 479417)
KLEIN LAW GROUP PLLC
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005
Tel: (202) 289-6955
Fax: (202) 289-6997
AKlein@KleinLawPLLC.com

*Attorneys for Plaintiff*
*Covad Communications Company*