UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COVAD COMMUNICATIONS COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**REVONET, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1892 (CKK/JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Scott Ellis shall make forensic copies of the OVNC SQL 01, OVNC SQL 02, OVNC WEB 01, Revmail one, Revmail two, Revmail, and the user PCs I have described in my Opinion. It is, further, hereby,

**ORDERED** that he shall preserve those copies inviolate. It is, further, hereby,

**ORDERED** that Revonet shall pay the expenses incurred in making those copies. It is, further, hereby,

**ORDERED** that Ellis may search OVNC SQL 01, OVNC SQL 02, OVNC WEB 01, and the user PCs in accordance with my Opinion and at Covad's expense. It is, further, hereby,

**ORDERED** that Ellis will search Revmail one, Revmail two and Revmail in accordance with my Opinion at Revonet's expense. It is, further, hereby,

**ORDERED** that the parties shall submit, within 10 days, a joint protective order to fulfill Revonet's confidentiality obligations to its third-party clients. It is, further, hereby,

**ORDERED** that the parties shall meet and confer within one week after receiving the results of the searches I have ordered to determine whether additional searches are necessary.

**SO ORDERED**.


Date:   May 27, 2009                                                  _____/S/_____
                                                                      JOHN M. FACCIOLA
                                                                      U.S. MAGISTRATE JUDGE